

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'25 DEC 2 PM2:22

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| DANIEL ALEJANDRO GARZA | 3-25CR-544-K |

## INDICTMENT

The Grand Jury charges:

### Count One
### Assaulting, Resisting, and Impeding a Federal Officer
(Violation of 18 U.S.C. §§ 111(a)(1) and (b))

On or about October 28, 2025, in the Dallas Division of the Northern District of Texas, the defendant, **Daniel Alejandro Garza**, did knowingly and intentionally, forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Department of Homeland Security – Enforcement Removal Operations (ERO) Officer L.M., a person designated in 18 U.S.C. § 1114, while ERO Officer L.M. was engaged in the performance of official duties, and said conduct did involve the use of a deadly and dangerous weapon, to wit: a motor vehicle.

In violation of 18 U.S.C. §§ 111(a)(1) and (b).

Indictment—Page 1

A TRUE BILL:

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

ROBERT WITHERS
Assistant United States Attorney
Texas Bar No. 24072758
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Robert.Withers@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DANIEL ALEJANDRO GARZA

INDICTMENT

18 U.S.C. §§ 111(a)(1) and (b)
Assaulting, Resisting, and Impeding a Federal Officer
(Count 1)

1 Count

A true bill rendered

_____ FOREPERSON
DALLAS

Filed in open court this ⎰2⎱ day of December, 2025.

-----------------------------------------------------------------------------------

**On Pretrial Release**

-----------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:25-mj-01075-BW